

## FELICIA PITRE
## DALLAS COUNTY DISTRICT CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/18/2025 8:34:00 AM
CHRISTOPHER A. PRINE
Clerk

NINA MOUNTIQUE
CHIEF DEPUTY

July 18, 2025

**Christopher A. Prine**
**Clerk of the Court, Court of Appeals**
**Fifteenth Court of Appeals, Austin, Texas**
**300 W. 15TH Street, Suite 607**
**Austin, Texas 78701**

TRIAL COURT CAUSE NO.:    **DF-24-07441-Z**
COURT OF APPEAL CASE NO.:   **15-25-00045-CV**
    **(05-25-00272-CV transferred from Dallas)**
COURT OF APPEAL CASE STYLE: **IN THE INTEREST OF I.C.S., A CHILD**

APPELLANT:     **Nanyamka Sims, Pro Se'**
APPELLEE:     **Kai Clark**

APPELLANT ATTORNEY:     **N/A**

SBOT NO.:     **N/A**

ADDRESS:     **1309 Illinois Ave.**
    **Lancaster, Texas 75134**

TELEPHONE NUMBER:     **(214) 315-2313**
FAX NUMBER:     **N/A**
EMAIL:     **dallasccfiles@gmail.com**

**Dear Mr. Prine:**

In reference to the above styled and numbered cause, our records reflect the due date for the Clerk's Record was **June 26, 2025**. Pursuant to TEX.R.APP.P 35.1. 35.3(a), and 37.3(b), the Clerk's Record has been prepared but is being held for non-payment of **$47.30.**

FELICIA PITRE
District Clerk
Dallas County, Texas
By Angela C. Conejo, Deputy

6 0 0 COMMERCE STREET DALLAS, TEXAS 75202 (214) 653-7301
FAX (214) 653-6634 e-mail: felicia.pitre@dallascounty.org
web site: www.dallascounty.org/distclerk/index.html